*E-Filed 8/2/11*

PAMELA E. COGAN ESQ. (SBN 105089)
HANA A. HARDY, ESQ. (SBN 252871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1701
pcogan@rmkb.com; hhardy@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON and COMCAST COMPREHENSIVE
HEALTH AND WELFARE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN OSSMAN,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Administrator and Fiduciary of the COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN, AND THE COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN,<br><br>Defendants. | CASE NO. 3:10-cv-02984-RS<br><br>**STIPULATION AND** [PROPOSED] **ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT** |

**WHEREAS**, the parties are continuing to negotiate possible settlement;

**WHEREAS**, the court set the following briefing schedule at the case management conference on October 14, 2010:

    August 25, 2011:  Last day to file Opening Briefs

    September 15, 2011 Last day to file Opposition Briefs

    September 22, 2011 Last day to file Reply Briefs;

**WHEREAS**, Scott Kalkin will undergo shoulder surgery in September and will require several months for recuperation that will interfere with his practice and his ability to prepare the

briefs in a timely fashion;

**WHEREAS,** the parties wish to continue the hearing on the motion for summary judgment in order to reach a settlement and to allow for Scott Kalkin's surgery and recovery from surgery;

**IT IS HEREBY STIPULATED** between the parties, by and through their respective counsel of record, that the court-ordered briefing schedule on Motion for Summary Judgment shall be continued as follows:

| | |
|---|---|
| January 27, 2012 | Plaintiff's Opening Brief |
| February 10, 2012 | Defendant's Opening and Opposition Briefs |
| February 24, 2012 | Plaintiff's Opposition and Reply Briefs |
| March 2, 2012 | Defendant's Reply Brief |

**IT IS SO STIPULATED.**

Dated: July 30, 2011                                  ROBOOSTOFF & KALKIN


By: *Scott Kalkin*
    SCOTT KALKIN
    Attorneys for Plaintiff
    KATHLEEN OSSMAN


Dated: July 30, 2011                                  ROPERS, MAJESKI, KOHN & BENTLEY


By: *Pamela E. Cogan*
    PAMELA E. COGAN
    HANA A. HARDY
    Attorneys for Defendants
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON and
    COMCAST COMPREHENSIVE
    HEALTH AND WELFARE PLAN

///
///
///
///

# [PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED:

That the briefing schedule for the Motion For Summary Judgment is as follows:

| | |
|---|---|
| January 27, 2012 | Plaintiff's Opening Brief |
| February 10, 2012 | Defendant's Opening and Opposition Briefs |
| February 24, 2012 | Plaintiff's Opposition and Reply Briefs |
| March 2, 2012 | Defendant's Reply Brief |

**IT IS SO ORDERED**.

Dated: 8/2/11

_____
Honorable Richard Seeborg
United States District Court Judge