*E-Filed 10/5/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KATHLEEN OSSMAN,

          Plaintiffs,

  v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al.,

          Defendants.

_____/

No. C 10-02984 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **November 28, 2011**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 8, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this order may result in dismissal of the case.

    IT IS SO ORDERED.

Dated:  10/5/11

                        RICHARD SEEBORG
                        UNITED STATES DISTRICT JUDGE