PAMELA E. COGAN ESQ. (SBN 105089)
HANA A. HARDY, ESQ. (SBN 252871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, 5th Floor
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
pcogan@rmkb.com; hhardy@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN OSSMAN, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Administrator and Fiduciary of the COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN, AND THE COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN, <br><br> Defendants. | CASE NO. 3:10-cv-02984-RS <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiff KATHLEEN OSSMAN and defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN, by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice in its entirety as to all Defendants. Each party shall bear its own fees and costs.

Pursuant to General Order No. 45, section X., concurrence in the filing of the document has been obtained from Scott Kalkin which shall serve in lieu of his signature on the document.

RC1/6288654.1/RL1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL -
Case no.: 3:10-cv-02984-RS

Dated: January 10, 2012      ROBOOSTOFF & KALKIN

By: *Scott Kalkin*
　　SCOTT KALKIN
　　Attorney for Plaintiff
　　KATHLEEN OSSMAN

Dated: January 10, 2012      ROPERS, MAJESKI, KOHN & BENTLEY

By: *Pamela E. Cogan*
　　PAMELA E. COGAN
　　HANA A. HARDY
　　Attorneys for Defendants
　　LIBERTY LIFE ASSURANCE
　　COMPANY OF BOSTON and
　　COMCAST COMPREHENSIVE
　　HEALTH AND WELFARE PLAN

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety as to all Defendants. Each party shall bear its own fees and costs.

Dated: __1/10/12__

　　　　　　　　　　　　　　　　
Honorable Richard Seeborg
United States District Court Judge