*E-Filed 1/10/12*

PAMELA E. COGAN ESQ. (SBN 105089)
HANA A. HARDY, ESQ. (SBN 252871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, 5th Floor
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
pcogan@rmkb.com; hhardy@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON and COMCAST COMPREHENSIVE
HEALTH AND WELFARE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN OSSMAN,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Administrator and Fiduciary of the COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN, AND THE COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN,<br><br>    Defendants. | CASE NO. 3:10-cv-02984-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiff KATHLEEN OSSMAN and defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN, by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice in its entirety as to all Defendants. Each party shall bear its own fees and costs.

Pursuant to General Order No. 45, section X., concurrence in the filing of the document has been obtained from Scott Kalkin which shall serve in lieu of his signature on the document.

| | |
|---|---|
| Dated: January 10, 2012 | ROBOOSTOFF & KALKIN |
| | By: *Scott Kalkin* |
| | SCOTT KALKIN |
| | Attorney for Plaintiff |
| | KATHLEEN OSSMAN |
| Dated: January 10, 2012 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: *Pamela E. Cogan* |
| | PAMELA E. COGAN |
| | HANA A. HARDY |
| | Attorneys for Defendants |
| | LIBERTY LIFE ASSURANCE |
| | COMPANY OF BOSTON and |
| | COMCAST COMPREHENSIVE |
| | HEALTH AND WELFARE PLAN |

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety as to all Defendants.  Each party shall bear its own fees and costs.

Dated:  1/10/12

Honorable Richard Seeborg
United States District Court Judge